### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| ROGER JAMES, individually, and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No.: 2:19-cv-02260-DDC-JPO |
| v. | ) ) |
| BOYD GAMING CORPORATION, *et al.* | ) ) ) |
| Defendants. | ) ) |

### JOINT MOTION TO STAY LITIGATION PENDING MEDIATION

Pursuant to the Court's March 31, 2021 Order (Dkt. #82) and Local Rule 7.1, Plaintiff and Defendants, by and through their undersigned counsel, hereby jointly move this Court to stay the litigation as set forth below. In support of this Motion, the Parties state as follows:

1. The collective notice period in this case ended August 3, 2021. Pursuant to the Court's March 31, 2021 Order (Dkt. #82), the parties are to submit an updated Rule 26 report on or before September 2, 2021.

2. The Parties have cooperatively discussed and agreed to explore the possibility of mediating this matter and agree, in concept, to discussing potential resolution at mediation rather than commence merits-based discovery. The parties have agreed to mediate before Frank Neuner on November 30, 2021. To facilitate a productive mediation, the parties have agreed to exchange certain wage and hour data to calculate a potential range of collective-wide damages.

3. The Parties agree that the litigation should be stayed until December 30, 2021, which is 30 days after the scheduled mediation. Either party may terminate the stay by motion, if the party believes that settlement discussions have proven unfruitful. Both parties may also move for an extension of the stay, if settlement discussion have proven fruitful but additional time is needed to consummate an agreement. The parties will provide the Court with a status report within 30 days of the completion of the mediation.

4. The stay is reasonably necessary for the parties to engage in meaningful settlement discussions. Plaintiff has filed Consent to Join forms in the case for approximately 840 individuals spanning 13 casino properties. Given the scope of the case, the parties reasonably believe the stay is necessary to allow the parties to focus their efforts on settlement discussions.

WHEREFORE, the Parties respectfully move this Court for an order staying the litigation pending mediation, through and including December 30, 2021.

Dated: September 14, 2021

| On Behalf of Plaintiffs: | On Behalf of Defendants: |
|---|---|
| STUEVE SIEGEL HANSON LLP | POLSINELLI PC |
| */s/ Ryan L. McClelland* | */s/ Jason N.W. Plowman* |
| George A. Hanson | Denise K. Drake (KS #15800) |
| Todd M. McGuire | Jason N.W. Plowman (KS #26923) |
| Alexander T. Ricke | Kaitlin E. Gallen (KS #27427) |
| 460 Nichols Road, Suite 200 | 900 W. 48th Place, Suite 900 |
| Kansas City, Missouri 64112 | Kansas City, MO 64112 |
| hanson@stuevesiegel.com | Telephone: (816) 753-1000 |
| mcguire@stuevesiegel.com | Facsimile: (816) 753-1536 |
| ricke@stuevesiegel.com | ddrake@polsinelli.com |
| Tel.: (816) 714-7100 | jplowman@polsinelli.com |
| Fax: (816) 714-7101 | kgallen@polsinelli.com |
| | |
| McCLELLAND LAW FIRM | ATTORNEYS FOR DEFENDANTS |
| Ryan L. McClelland | |
| Michael J. Rahmberg | |
| The Flagship Building | |
| 200 Westwoods Drive | |
| Liberty, MO 64068-1170 | |
| ryan@mcclellandlawfirm.com | |
| mrahmberg@mcclellandlawfirm.com | |
| Tel.: (816) 781-0002 | |
| Fax: (816) 781-1984 | |
| | |
| ATTORNEYS FOR PLAINTIFF | |

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system and, therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

| | |
|---|---|
| STUEVE SIEGEL HANSON LLP | McCLELLAND LAW FIRM |
| George A. Hanson | Ryan L. McClelland |
| Todd M. McGuire | Michael J. Rahmberg |
| Alexander T. Ricke | The Flagship Building |
| 460 Nichols Road, Suite 200 | 200 Westwoods Drive |
| Kansas City, Missouri 64112 | Liberty, MO 64068-1170 |
| hanson@stuevesiegel.com | ryan@mcclellandlawfirm.com |
| mcguire@stuevesiegel.com | mrahmberg@mcclellandlawfirm.com |
| ricke@stuevesiegel.com | (816) 781-0002 |
| Tel.: (816) 714-7100 | Fax: (816) 781-1984 |
| Fax: (816) 714-7101 | |
| | ATTORNEYS FOR PLAINTIFF |
| ATTORNEYS FOR PLAINTIFF | |

                                             */s/ Jason N.W. Plowman*
                                             Attorney for Defendants

79310419.2