IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROGER JAMES, individually and on
behalf of others similarly situated,

                Plaintiff,

v.                                            Case No. 19-2260-DDC

BOYD GAMING CORPORATION, et al.,

                Defendants.

## ORDER

This case comes before the court on the parties' joint motion to stay all proceedings pending mediation (ECF No. 154). Mediation is scheduled for November 30, 2021. The parties state their request for a stay is driven by a desire to conserve the parties' time and resources, allowing them to focus their efforts on settlement discussions. Upon review of the record, the court concurs with the parties that a stay of all pretrial proceedings—including discovery and the scheduling of deadlines—is warranted.

In consideration of the foregoing, and upon good cause shown,

IT IS HEREBY ORDERED: The parties' joint request to stay proceedings is granted. All pretrial proceedings in this case, including discovery and submission of an updated Rule 26(f) planning-meeting report, are stayed until **December 30, 2021.** If the

1

case does not settle at mediation, the parties shall jointly submit an updated planning-meeting report to the undersigned's chambers by that date.

Dated September 14, 2021, at Kansas City, Kansas.

s/James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge
