IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ROGER JAMES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION, and KANSAS STAR CASINO, LLC,<br><br>Defendants. | Case No. 2:19-CV-02260-DDC-JPO |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO MOVE FOR APPROVAL OF FLSA SETTLEMENT**

Pursuant to D. Kan. Rule 7.1, the parties jointly move for a 60-day extension of time up to and including April 5, 2022 to file a motion to approve the parties' FLSA settlement. In support of this motion, the parties state as follows:

1. The parties reached an FLSA collective action settlement on December 16, 2021 and notified the Court of the settlement on January 3, 2022 (Doc. 158).

2. The Court set a deadline of February 4, 2022 for Plaintiff to seek approval of the settlement (Doc. 159).

3. The parties now seek an extension of that deadline for good cause. The parties have worked diligently to perfect the settlement and have exchanged drafts of the settlement agreement. However, the settlement agreement is not yet final. Further, once the parties finalize the settlement agreement, Plaintiff's counsel must work with the settlement administrator to determine collective members' settlement allocations and to provide notice of the same to them consistent with this Court's case law on settlement notices in FLSA collective actions. Once the settlement agreement is finalized and the notice process is complete, Plaintiff's counsel will then move for approval of

the settlement. The parties reasonably expect this process, including providing collective members adequate time to review the settlement terms and opportunity to object, requires a two-month extension.

4. As they have done throughout this case, the parties are diligently working together in good faith to finalize the settlement.

5. No prior request for an extension of time has been sought.

6. The requested extension will not prejudice any party. In fact, the parties jointly seek the requested extension.

7. For the Court's convenience and pursuant to D. Kan. Rule 7.1, a proposed order in Microsoft Word format is being separately submitted to the Court by email.

ACCORDINGLY, for good cause shown, the parties respectfully request an extension of time, up to and including April 5, 2022, for Plaintiff to move for approval of the settlement.

Dated: January 28, 2022

Respectfully submitted:

**STUEVE SIEGEL HANSON LLP**

*/s/ Alexander T. Ricke*
George A. Hanson, KS Bar No. 16805
Todd M. McGuire, KS Bar No. 19618
Alexander T. Ricke, KS Bar No. 26302
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:   (816) 714-7100
Facsimile:    (816) 714-7101
hanson@stuevesiegel.com
mcguire@stuevesiegel.com
ricke@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, D. Kan. Bar No. 78128
Michael J. Rahmberg, D. Kan. Bar No. 78725
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone:   (816) 781-0002
Facsimile:    (816) 781-1984
ryan@mcclellandlawfirm.com
mrahmberg@mcclellandlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2022, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By:   */s/ Alexander T. Ricke*

**ATTORNEY FOR PLAINTIFF**