IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**ROGER JAMES, individually, and on behalf of all others similarly situated,**

    **Plaintiff,**

v.

**BOYD GAMING CORPORATION, and KANSAS STAR CASINO, LLC,**

    **Defendants.**

Case No. 2:19-CV-02260-DDC-JPO

### PLAINTIFF'S UNOPPOSED MOTION
### FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT

Pursuant to 29 U.S.C. § 216(b), Plaintiff moves the Court for an order approving the parties FLSA collective action settlement. Specifically, Plaintiff requests the Court approve all aspects of the settlement as a fair and reasonable resolution of a bona fide dispute under the FLSA. Plaintiff further requests the Court (1) grant final collective certification; (2) approve the $1,200,000 settlement fund to pay the claims of collective members; (3) appoint Analytics Consulting LLC as settlement administrator and approve its fees to be paid from the settlement fund as reasonable; (4) approve the $5,000 service award to Plaintiff James to be paid from the settlement fund as reasonable; (5) approve as reasonable the separately negotiated award of $1,100,000 attorneys' fees to Plaintiff's counsel; and (6) approve Plaintiff's counsel's $85,000 in advanced litigation expenses to be paid from the settlement fund as reasonable.

The basis for the requested relief is set forth in the contemporaneously filed Memorandum.

Dated: May 5, 2022

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**
*/s/ Alexander T. Ricke*
George A. Hanson, KS Bar No. 16805
Alexander T. Ricke, KS Bar No. 26302
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, D. Kan. Bar No. 78128
Michael J. Rahmberg, D. Kan. Bar No. 78725
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone:    (816) 781-0002
Facsimile:    (816) 781-1984
ryan@mcclellandlawfirm.com
mrahmberg@mcclellandlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By:    */s/ Alexander T. Ricke*

**ATTORNEY FOR PLAINTIFF**