## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**ROGER JAMES, individually, and on behalf of all others similarly situated,**

**Plaintiff,**

v.

**Case No. 2:19-CV-02260-DDC-AGM**

**BOYD GAMING CORPORATION, and KANSAS STAR CASINO, LLC,**

**Defendants.**

### PLAINTIFF'S SECOND STATUS REPORT REGARDING
### DISTRIBUTION OF SETTLEMENT NOTICES

In Plaintiff's Memorandum of Law in Support of Unopposed Motion for Approval of FLSA Collective Action Settlement (Doc. 165) and Plaintiff's Status Report Regarding Distribution of Settlement Notices (Doc. 167), Plaintiff committed to supplementing the record on May 20, 2022 regarding the distribution of settlement notices.  Plaintiff states as follows:

1.      On April 21, 2022, Analytics Consulting LLC sent notice of the proposed FLSA settlement to 828 collective members (principally by email with some sent by U.S. Mail) advising collective members of their rights with respect to the settlement, including, as relevant to this status report, the right to object to the settlement.

2.      No notices have been returned as undeliverable (whether by email or U.S. Mail) since the filing of Plaintiff's approval motion on May 5, 2022.  Thus, the section of the brief explaining efforts to locate the modest number of collective members whose notices were returned as undeliverable is current and need not be supplemented. *See* Doc. 166 at pp. 12-13.

3.      The notice informed collective members that they would have 21 days from the date of mailing (*i.e.*, May 12, 2022) to object to the settlement, which could be done by email or U.S. Mail. *See* Doc. 166-4 (template settlement notice showing means of lodging an objection).

4.      Neither Plaintiff's counsel nor Analytics Consulting LLC has received an objection to the proposed settlement.

5.      Given that the period to object expired on May 12, 2022, Plaintiff does not anticipate any objections to the settlement and considers the motion for approval fully submitted.

Dated:  May 20, 2022                           Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**
*/s/ Alexander T. Ricke*
George A. Hanson, KS Bar No. 16805
Alexander T. Ricke, KS Bar No. 26302
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:     (816) 714-7100
Facsimile:     (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, D. Kan. Bar No. 78128
Michael J. Rahmberg, D. Kan. Bar No. 78725
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone:     (816) 781-0002
Facsimile:     (816) 781-1984
ryan@mcclellandlawfirm.com
mrahmberg@mcclellandlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By:      */s/ Alexander T. Ricke*             

**ATTORNEY FOR PLAINTIFF**